UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RONALD PIERRE, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-254 |
| § | |
| KIRSTJEN NIELSON, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On December 4, 2018, United States Magistrate Judge B. Janice Ellington issued a Memorandum and Recommendation, recommending that Petitioner's motion to stay deportation (D.E. 8) be denied and that this case be dismissed for want of prosecution. D.E. 10. The parties were provided proper notice of, and opportunity to object to, the Memorandum and Recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.,* 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 10), and all other relevant documents in the record, and finding no clear error, the Court ADOPTS as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Petitioner's motion to stay deportation (D.E. 8) is DENIED WITHOUT PREJUDICE and the lawsuit is DISMISSED WITHOUT PREJUDICE for want of prosecution.

ORDERED this 8th day of January, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE